RECEIVED
IN LAKE CHARLES, LA.

JAN 20 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DARREL TREMAINE CARTER, | * CIVIL ACTION NO. 2:13-cv-3275 |
| Plaintiff, | |
| v. | * JUDGE MINALDI |
| TONY MANCUSO, ET AL., | |
| Defendants. | * MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the court is the Report and Recommendation [Doc. 14] of the Magistrate Judge, to which the plaintiff has filed no Objection. For the following reasons, the plaintiff's Complaint [Doc. 1], as corrected by his subsequent Complaint [Doc. 6], be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

## FACTS & PROCEDURAL HISTORY

The plaintiff, Earl Darrel Tremaine Carter, filed this civil rights complaint on December 18, 2013.[1] On June 5, 2014, an order was issued denying the plaintiff's motion to appoint counsel.[2] On June 16, 2014, that order was sent to Carter at the addressed he supplied and was returned with the notation "return to sender, attempted—not known, unable to forward."[3]

## LAW & ANALYSIS

The court herein adopts the findings of the magistrate judge in dismissing the plaintiff's claim under Federal Rule of Civil Procedure 41(b).[4] The plaintiff is cautioned that he has

---

[1] Compl. [Doc. 1].
[2] Report and Recommendation [Doc. 14], at 1.
[3] *See* Mail Returned [Doc. 13].
[4] Report and Recommendation [Doc. 14], at 1-2.

already had two claims dismissed for frivolity.[5] A prisoner is barred from proceeding *in forma pauperis* if any three actions have been dismissed on the grounds of frivolity. 28 U.S.C. § 1915(g). The only exception to this bar is if the prisoner is "under imminent danger of serious physical injury." *Id.* A complaint is frivolous if it lacks an arguable basis in law or fact. *Hutchins v. McDaniels*, 512 F.3d 193, 196 (5th Cir. 2007) (citing *Black v. Warren*, 134 F.3d 732, 734 (5th Cir. 1998)). Therefore, should the plaintiff have another claim dismissed as frivolous, he will be barred from proceeding *in forma pauperis* on future claim with limited exception. Accordingly,

**IT IS ORDERED** that Darrel Tremaine Carter's Complaint [Doc. 1], as corrected by his subsequent Complaint [Doc. 6], be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 9 day of _____Jan_____, 2015

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[5] *See Carter v. Calcasieu Parish*, No. 2:13-cv-2324-PM-KK, (W.D. La. Jun. 17, 2014); and *Carter v. Calcasieu Parish*, No. 2:13-cv-02323-JTT-KK, (W.D. La. Jan. 22, 2014).