RECEIVED
IN LAKE CHARLES, LA.
JAN 20 2015
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREL TREMAINE CARTER, | * | CIVIL ACTION NO. 2:13-cv-3275 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| TONY MANCUSO, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

Considering the Report and Recommendation [Doc. 14] of the Magistrate Judge, to which the plaintiff has filed no Objection, after an independent review of the record, a *de novo* determination of the issues, having determined that the findings are correct under applicable law, and for the reasons in the accompanying Memorandum Ruling,

**IT IS HEREBY ORDERED** that the plaintiff's Complaint [Doc. 1], as corrected by his subsequent Complaint [Doc. 6], be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 9 day of Jan., 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE